IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MANUEL DELGADO,** | **:  CIVIL ACTION  03-00393-WS-B** |
| | **:  CRIMINAL NO.  98-00216-WS-B** |
| **Petitioner,** | **:** |
| | **:** |
| | **:  CIVIL ACTION  03-00394-WS-B** |
| | **:  CRIMINAL NO.  00-00152-WS-B** |
| **v.** | **:** |
| | **:** |
| **UNITED STATES OF AMERICA** | **:** |
| | **:** |
| **Respondent.** | **:** |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** prejudice.

**DONE** this 22nd day of February, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE